**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

KINGSLEY UROMU-OKPE ARIEGWE,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-03269-RFB-BNW

**ORDER**

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner, Kingsley Uromu-Okpe Ariegwe, has another habeas proceeding pending in this District: Kingsley Uromu-Okpe Ariegwe v. John Mattos, No. 2:25-CV-02478-ART-EJY.

Accordingly, **IT IS HEREBY ORDERED** that, on or before October 16, 2026, Petitioner, with the assistance of counsel, must indicate whether Petitioner intends to proceed with their petition in the instant case, or in Petitioner's duplicate proceeding pending before the Court. See Kingsley Uromu-Okpe Ariegwe v. John Mattos, No. 2:25-CV-02478-ART-EJY.

**DATED:** October 8, 2026

/s/ Richard F. Boulware, II

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**