Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Sylvia Irvin
Assistant Federal Public Defender
CA Bar No. 230302; FL Bar No. 15379
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Sylvia_Irvin@fd.org

*Attorney for Petitioner Kingsley Uromu-Okpe Ariegwe

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Kingsley Uromu-Okpe Ariegwe,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-03269-RFB-BNW

**Motion to Extend Time to Respond to Court Orders and to File Amended Petition (ECF Nos. 3, 5)**

**(Second Request)**

Petitioner Kingsley Uromu-Okpe Ariegwe, through counsel, asks this Court for a 7-day extension until October 23, 2026, to respond to its orders. ECF Nos. 3, 5. Undersigned counsel needs more time to determine how Petitioner wants to proceed with the instant case and with Case No. 2:25-cv-02478-ART-EJY. Counsel recently discussed this decision with Mr. Ariegwe but there's additional information counsel has learned since our last conversation that counsel anticipates will impact his decision. The soonest counsel could schedule another meeting with Mr. Ariegwe is Monday, October 20, 2026.

Undersigned counsel also requests a 14-day extension until October 30, 2026, to file a traverse or amended petition in this case.

Before filing this motion, undersigned counsel emailed Counsel for Respondents, AUSA Tamer Botros, for his position on the motion but she did not receive a response before the filing of this motion.

This is counsel's first request for an extension of time in this matter.

Dated October 16, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Sylvia Irvin*
Sylvia Irvin
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: October 19, 2026