Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Sylvia Irvin
Assistant Federal Public Defender
CA Bar No. 230302; FL Bar No. 15379
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Sylvia_Irvin@fd.org

*Attorney for Petitioner Kingsley Uromu-Okpe Ariegwe

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Kingsley Uromu-Okpe Ariegwe,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-03269-RFB-BNW

**Unopposed Motion to Extend Time to File Amended Petition or Traverse**

**(Second Request)**

Petitioner Kingsley Uromu-Okpe Ariegwe filed his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on October 5, 2026.[1] In it, Mr. Ariegwe, a Nigerian citizen, challenges his continued detention in ICE custody as a result of fundamentally unfair immigration proceedings. This Court appointed the Federal Public Defender's Office on October 6, 2026.[2] Respondents provided immigration documents to counsel and filed their Response on October 9, 2026.[3]

On October 16, 2026, counsel filed a motion to extend time to file the amended petition to allow Mr. Ariegwe more time to decide if he wanted to proceed with this

[1] ECF No. 1.

[2] ECF No. 3.

[3] ECF No. 8.

petition or an earlier filed habeas petition.[4] This Court granted the motion and extended the deadline to October 30, 2026.[5] Counsel advised the Court that after meeting with Mr. Ariegwe three times over two weeks, with the most recent being October 23, 2026, that Mr. Ariegwe intended to proceed with the pro se habeas petition filed in this case and would move to dismiss the other habeas petition.[6]

Petitioner Ariegwe, through counsel, now asks this Court for a 3-day extension until November 2, 2026, to file an amended petition or traverse. Yesterday, undersigned counsel received additional records that may further support a claim to be raised in an amended petition, and counsel needs time to review these documents. This is counsel's second request for an extension of time to file the amended petition.

Before filing this motion, undersigned counsel emailed Counsel for Respondents, AUSA Tamer Botros, for his position on the motion and he stated he did not oppose the relief sought in this motion.

For these reasons, counsel respectfully requests an extension until November 2, 2026 to file the amended petition or traverse.

Dated October 30, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Sylvia Irvin*
Sylvia Irvin
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: November 2, 2026

[4] ECF No. 9.
[5] ECF No. 11.
[6] ECF No. 9, 12.