Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Sylvia Irvin
Assistant Federal Public Defender
CA Bar No. 230302; FL Bar No. 15379
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Sylvia_Irvin@fd.org

*Attorney for Petitioner Kingsley Uromu-Okpe Ariegwe

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Kingsley Uromu-Okpe Ariegwe,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-03269-RFB-BNW

**Motion to Extend Time to File Amended Petition or Traverse**

**(Third Request)**

Petitioner Kingsley Uromu-Okpe Ariegwe filed his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on October 5, 2026.[1] In it, Mr. Ariegwe, a Nigerian citizen, challenges his continued detention in ICE custody as a result of fundamentally unfair immigration proceedings. This Court appointed the Federal Public Defender's Office on October 6, 2026.[2] Respondents provided immigration documents to counsel and filed their Response on October 9, 2026.[3]

On October 16, 2026, counsel filed a motion to extend time to file the amended petition to allow Mr. Ariegwe more time to decide if he wanted to proceed with this

[1] ECF No. 1.
[2] ECF No. 3.
[3] ECF No. 8.

petition or an earlier filed habeas petition.[4] This Court granted the motion and extended the deadline to October 30, 2026.[5] Counsel advised the Court that after meeting with Mr. Ariegwe three times over two weeks, with the most recent being October 23, 2026, that Mr. Ariegwe intended to proceed with the pro se habeas petition filed in this case and would move to dismiss the other habeas petition.[6]

Counsel asked this Court for a 3-day extension until November 2, 2026, to file an amended petition or traverse which this Court granted.[7] Counsel now asks this Court for a one-day retroactive extension because counsel needs to conduct additional research on two of Mr. Ariegwe's claims. This is counsel's third request for an extension of time to file the amended petition.

Undersigned counsel emailed Counsel for Respondents, AUSA Tamer Botros, for his position on the motion, but because the email was sent after office hours, she did not receive a response before the filing of this motion.

For these reasons, counsel respectfully requests an extension until November 6, 2026 to file the amended petition or traverse.

Dated November 3, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Sylvia Irvin*
Sylvia Irvin
Assistant Federal Public Defender

IT IS SO ORDERED:

United States District Judge

Dated: November 4, 2026

[4] ECF No. 9.

[5] ECF No. 11.

[6] ECF No. 9, 12.

[7] ECF Nos. 14-15.