**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KINGSLEY UROMU-OKPE ARIEGWE,<br>Petitioner<br>v.<br>TODD BLANCHE, et al.,<br>Respondents | Case No.: 2:26-cv-03269-APG-BNW<br>**Order (1) Granting Motion for Leave to Proceed in Forma Pauperis and (2) Denying Motion to Dispense with Assistance of Counsel**<br>[ECF Nos. 10, 13] |

I ORDER that the petitioner's application for leave to proceed in forma pauperis **(ECF No. 10) is GRANTED**.

I FURTHER ORDER that the petitioner's motion to dispense with assistance of counsel **(ECF No. 13) is DENIED as moot**. The motion is a rogue document because the petitioner filed it pro se while represented by counsel. LR IA 11-6(a) ("Unless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney."). Additionally, it appears that the petitioner wanted to dismiss counsel in a related case so he could proceed in this one. That election has been honored, the other case has been dismissed, and his first amended petition in this case remains pending. Thus, the motion is moot.

DATED this 16th day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE