**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KINGSLEY UROMU-OKPE ARIEGWE,

Petitioner

v.

TODD BLANCHE, et al.,

Respondents

Case No.: 2:26-cv-03269-APG-BNW

**Order for Supplemental Briefs Regarding (1) Petitioner's Health Care and (2) Petitioner's State Custody Status**

The petitioner claims that he "is suffering from prostate cancer, which was first detected in December 2024 and remains untreated," and "ICE has failed to provide him with necessary and timely cancer treatment" for the past year. ECF No. 18 at 23.

I ORDER that **by November 19, 2026**, the respondents, **including respondent John Mattos**, must file supplemental briefs addressing the petitioner's argument that the respondents are not treating his prostate cancer. ECF No. 18 at 19-29. The petitioner may file a response, if he chooses, by **2:00 PDT on November 23, 2026**.

I FURTHER ORDER the parties to confer and report back to the court by **November 19, 2026** whether, if I ordered the petitioner's release, he would be released from custody or whether he must be returned to the custody of the State of Montana.

DATED this 16th day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE